In the Matter of the Claim of IRVING SCHWARTZ, Respondent, against BERNIE'S TIRE & BATTERY SERVICE, Respondent, and CENTURY INDEMNITY COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 5, 1943; decided May 27, 1943.

*Irving A. Snyder* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Orrin G. Judd* of counsel), for State Industrial Board, respondent.

*Milton Solomon* and *Gilbert J. Fortgang* for claimant-respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.